**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| John Bradshaw; Top Hat Expeditions, Inc., an Arizona corporation, doing business as Hummer Affair; The Adventure Company, LLC, an Arizona limited liability company; Bradshaw Bros, LLC, an Arizona limited liability company doing business as A day in the West; Destination Marketing Group, LLC, an Arizona limited liability company doing business as Arizona Safari Jeep Tours; Grand Canyon ATV Adventures, Inc., an Arizona corporation doing business as Sedona ATV Adventures and Fat Cat ATV Tours; Lutz Adventure Tours, LLC, an Arizona limited liability company doing business as Arizona ATV Adventures,<br><br>Plaintiffs,<br><br>v.<br><br>The United States Department of Agriculture; Mike Johanns, Secretary, United States Department of Agriculture; United States Forest Service; Dale Bosworth, Chief, United States Forest Service; Nora Rasure, Forest Supervisor, Coconino National Forest; Ken Anderson, Acting Sedona District Ranger,<br><br>Defendants. | CIV-05-0916-PCT-PGR<br><br><br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Amend Court Order of October 6, 2005 (Doc. 55), and good cause appearing,

IT IS ORDERED dismissing Counts 3 and 4 of the First Amended Complaint without prejudice pursuant to Rule 41(a)(1)(ii);

IT IS FURTHER ORDERED that Counts 2, 5 and 6 of the First Amended Complaint will be stayed pending the outcome of the administrative appellate process;

IT IS FURTHER ORDERED that the federal defendants will file a notice with the Court upon the exhaustion of the administrative appellate process;

IT IS FURTHER ORDERED that Count 1 of the First Amended Complaint will be resolved on cross-motions for summary judgment according to the following briefing schedule:

    A.    Plaintiff's motion for summary judgment will be filed on or before December 22, 2005;

    B.    Defendant's and intervenor's cross-motions for summary judgment and responses will be filed on or before January 31, 2006;

    C.    Plaintiff's responses to the cross-motions for summary judgment and replies will be filed on or before February 14, 2006;

    D.    Defendant's and intervenor's replies will be filed on or before February 28, 2006.

DATED this 24th day of October, 2005.

_____
Paul G. Rosenblatt
United States District Judge