**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Bradshaw, et al., | )<br>) |
| Plaintiffs, | )<br>)   No. CV-05-0916-PCT-PGR |
| vs. | ) |
| The United States Department of Agriculture, et al., | )<br>)   ORDER<br>)<br>) |
| Defendants. | ) |

The parties having filed a Stipulation to Dismiss With Prejudice (doc. #102) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 25th day of April, 2008.

Paul G. Rosenblatt
United States District Judge